IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRI STOLTENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUMPROVIDENT CORPORATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

These matters are before the court on the plaintiff's Motion to Compel Discovery and for Award of Reasonable Attorneys Fees (Filing No. 71) and the defendant's Second Motion for Protective Order (Filing No. 80). On August 25, 2005, the court granted the defendant's motion to dismiss and ordered stricken the plaintiff's prayer for punitive damages (Filing No. 86). The court further ordered the parties to brief the issue of whether the amount in controversy is met such that the court has subject matter jurisdiction in this controversy. Upon consideration,

**IT IS ORDERED:**

The plaintiff's Motion to Compel Discovery and for Award of Reasonable Attorneys Fees (Filing No. 71) and the defendant's Second Motion for Protective Order (Filing No. 80) are held in abeyance pending the court's ruling on the jurisdictional issue.

DATED this 30th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge