## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRI STOLTENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF | ) | |
| AMERICA d/b/a UNUMPROVIDENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Leave to File Brief and Index of Evidence Under Seal (Filing No. 88). The defendant seeks to file under seal its "Brief Regarding Jurisdiction" and "Index of Evidence in Support of Jurisdiction" because the documents contain confidential information related to the plaintiff's medical condition. Upon consideration,

**IT IS ORDERED:**

1.      The defendant's Motion for Leave to File Brief and Index of Evidence Under Seal (Filing No. 88) is granted.

2.      The defendant's "Brief Regarding Jurisdiction" and "Index of Evidence in Support of Jurisdiction" shall be filed under seal.

DATED this 9th day of September, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge