**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **JERRI STOLTENBERG,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:04CV288** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUMPROVIDENT CORPORATION,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Objection to Defendant's Motion to File Under Seal (Filing No. 92). The plaintiff's objection is denied.

**IT IS SO ORDERED.**

DATED this 13th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge