# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JERRI STOLTENBERG,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:04CV288** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUMPROVIDENT CORPORATION,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion for Leave to File Answer to Third Amended Complaint Instanter and Out of Time (Filing No. 94). The plaintiff attached to the motion a copy of the proposed answer marked as Exhibit A. **See** Filing No. 94, Exhibit A. The defendant seeks to file its answer to the third amended complaint out of time because the defendant recently realized it had not filed the answer within the time allowed. The defendant states in its motion that the plaintiff has no objection to the motion. The court cannot accommodate the defendant's request that the answer be filed instanter because such answer must appear as a separate entry on the docket. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The plaintiff's Motion for Leave to File Amended Complaint (Filing No. 94) is granted in part.

2. The plaintiff shall have to **on or before October 21, 2005**, to file the answer to the third amended complaint as an answer.

Dated this 14th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge