IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JERRI STOLTENBERG, ) | |
| ) | 8:04CV288 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA d/b/a UNUM ) | |
| PROVIDENT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant Unum Life Insurance Company of America's ("Unum's") responses, Filing Nos. 89 and 90, to this court's order requesting briefing on jurisdiction, Filing No. 86.

Unum has shown that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states. Plaintiff has filed no opposition to Unum's showing. Accordingly,

IT IS ORDERED that this court has jurisdiction under 28 U.S.C. § 1332.

DATED this 3rd day of November, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge