# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JERRI STOLTENBERG,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUMPROVIDENT CORPORATION,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Extension of Progression Order Deadlines (Filing No. 102) and the plaintiff's response (Filing No. 104). The parties seek additional time for discovery and other deadlines after the court rules on the pending motions to compel (Filing No. 71), for a protective order (Filing No. 80) and to stay and sever the bad faith claim (Filing No. 97). The defendant seeks a continuance of all deadlines by ninety days. The plaintiff proposes a stay of all deadlines until the pending motions are resolved. Further, the plaintiff proposes that at the end of the stay the court conduct a telephone conference with counsel to establish the remaining deadlines. The court agrees with the plaintiff's proposal. Accordingly,

**IT IS ORDERED:**

1. The defendant's Motion for Extension of Progression Order Deadlines (Filing No. 102) is granted, as set forth herein.

2. All deadlines in this case are stayed pending the resolution of the pending motions described above.

3. Counsel for the plaintiff shall contact the court within **ten (10) days** from the date an order is filed on the pending motions to schedule a planning conference.

DATED this 28th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge