# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JERI STOLTENBERG,** | ) | |
| | ) | **8:04CV288** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a December 20, 2005 telephone conference with counsel for the parties. The planning conference is continued pending a ruling on the plaintiff's statement of appeal (Filing No.107) of the undersigned magistrate judge's December 12, 2005 Order (Filing No. 106). Within five (5) working days of the resolution of the plaintiff's appeal (Filing No. 107), plaintiff's counsel shall initiate a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling this case to trial.

**IT IS SO ORDERED.**

DATED this 20th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge