IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERI LYNN STOLTENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA d/b/a UNUMPROVIDENT CORPORATION, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Correct Caption (Filing No. 116). The plaintiff requests that the caption be amended to reflect the true spelling of the plaintiff's name. In the initial pleadings, the plaintiff's name was written as Jerri Stoltenberg, however her name should be Jeri Lynn Stoltenberg. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Correct Caption (Filing No. 116) is granted.

2. The Clerk of Court shall amend the caption to reflect that the plaintiff's name is Jeri Lynn Stoltenberg.

DATED this 9th day of February, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge