IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JERI LYNN STOLTENBERG,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:04CV288 |
| vs. ) | |
| ) | ORDER |
| **UNUM LIFE INSURANCE COMPANY** ) | |
| **OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

Upon the oral request of counsel for the plaintiff and with said counsel's representation that no other party objects to the request, the **pretrial conference** previously scheduled for October 6, 2006, at 9:00 a.m. is hereby **rescheduled to October 5, 2006, at 1:30 p.m.**

DATED this 7th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge