IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERI LYNN STOLTENBERG, | ) | Case Number:  8:04CV288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | **AND ORDER OF REFERENCE** |
| | ) | |
| UNUM LIFE INSURANCE COMPANY, | ) | |
| OF AMERICA D/B/A UNUMPROVIDENT | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.  Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| s/Maren L. Chaloupka | For | Jeri Lynn Stoltenberg | 9/6/06 |
| s/Steven D. Davidson | For | Unum Life Insurance Co. | 9/6/06 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

| | |
|---|---|
| 9/6/2006 | s/ Joseph F. Bataillon |
| Date | United States District Judge |

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03