IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERI LYNN STOLTENBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV288 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, d/b/a UNUMPROVIDENT CORPORATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Dismissal (Filing No. 156). The plaintiff states the above-captioned matter may be dismissed with prejudice because the parties have settled the claims.

**IT IS ORDERED:**

The plaintiff's Motion for Dismissal (Filing No. 156) is granted, and this case is dismissed with prejudice,

DATED this 28th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge